UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-cr-496-T-23MSS

JOEL R. VELASCO
HANS SIGVARDSSON
LIKO, INC.
_____/

**ORDER**

Joel R. Velasco filed a "Motion to Dismiss Indictment" (Doc. 19), the grounds of which Hans Sigvardsson and Liko, Inc., adopt in their joint motion to dismiss (Doc. 24). The United States filed an opposition to dismissal (Doc. 22). After referral (Doc. 23), Magistrate Judge Scriven conducted a hearing on the matter and issued her report and recommendation (Doc. 32). Velasco filed objections to the report and recommendation (Doc. 33).

A detailed review of the parties' papers and the Magistrate Judge's report and recommendation confirms that the motions to dismiss should be denied and the objections overruled. However, if necessary, the district court may re-visit the issues presented by this "extraordinarily ambiguous" statute after full development of the record. United States v. Perry, et al., 431 F.2d 1020 (9th Cir. 1970), Bingham, Ltd. v. United States, 724 F.2d 921 (11th Cir. 1984).

Velasco's objections are **OVERRULED**, the report and recommendation is **ADOPTED**, and the motions to dismiss (Docs. 19, 24) are **DENIED**.

ORDERED in Tampa, Florida, on June 14, 2006.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE