UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:05-cr-496-T-23MSS

JOEL R. VELASCO
_____/

## **ORDER**

The defendant moves (Doc. 151) for early termination of his supervision. Neither the United States nor the United States Probation Officer oppose termination. Pursuant to 18 U.S.C. § 3583(e)(1), the motion is **GRANTED**, and the defendant's term of supervision is terminated.

ORDERED in Tampa, Florida, on April 29, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE